IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JANA KATRINAK,

    Plaintiff,

vs.

CAROLYN W. COLVIN,
Social Security Commissioner,

    Defendant.

CIVIL ACTION 13-0076-M

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Jana Katrinak.

DONE this 6th day of December, 2013.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE